UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICE COLE,<br><br>   Petitioner,<br><br>   v.<br><br>BANK OF AMERICA CORP. LLC,<br>   et al.<br><br>   Respondents. | Case No. MC 11-274 UA (AJW)<br><br><br><br>J U D G M E N T |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

August 5, 2011

_____
AUDREY B. COLLINS
United States District Judge